UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIS JACKSEN,

    Plaintiff,

v.                                             Case No. 06-CV-14569-DT

COUNTY OF WASHTENAW et al.,

    Defendants.
                                                  /

**ORDER OF DISMISSAL**

      On February 20, 2007, the court ordered Plaintiff Chris Jacksen to show cause why this case should not be dismissed without prejudice for lack of service and failure to prosecute. *See* Fed. R. Civ. P. 4(m); E.D. Mich. LR 41.2. Plaintiff has failed to respond to the court's "Order to Show Cause," and the court must therefore dismiss this case. *See Byrd v. Stone,* 94 F.3d 217, 219 (6th Cir. 1996) (citing *Habib v. General Motors Corp.,* 15 F.3d 72, 73 (6th Cir.1994) ("Absent a showing of good cause to justify a failure to effect timely service, the Federal Rules of Civil Procedure compel dismissal."). Accordingly,

      IT IS ORDERED that this action is DISMISSED without prejudice for lack of service and failure to prosecute.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 28, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2007, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522